10/20/14

Case # 14-06266-RM3-13
To: Middle TN Bankruptcy Court

I Sierra Monae Williams of 160 State Line RD #166, Clks, TN 37042, would like to voluntary dismiss my case. I'm no longer wanting to go through with my Chapter 13 bankruptcy.

*Sierra J. Williams*

Sierra Williams
160 State Line RD #166
Clks, TN 37042
(323) 236-6217
Case # 14-06266-RM3-13

FILED
2014 OCT 24 AM 8:31
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN

Case 3:14-bk-06266   Doc 46   Filed 10/24/14   Entered 10/24/14 10:55:49   Desc Main
Document      Page 1 of 2

My Commission expires
9-23-2014

*[Notary seal: CINDY J. ANDREW, NOTARY PUBLIC AT LARGE, MONTGOMERY CO., TENN.]*

*[Notary signature]*